UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

D'WANNA WILLIAMS,
an individual,

    Plaintiff,

vs.                                      CASE NO: 2:20-CV-01845-JHE

CIRCLE K STORES, INC.,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, D'Wanna Williams, and Defendant, Circle K Stores, Inc., by and through the undersigned counsel, hereby file with the Court this Joint Stipulation of Dismissal with Prejudice. All parties shall bear their own attorneys' fees and costs.

Respectfully submitted this the 18th day of March, 2021.

Edward I. Zwilling, Esq.
Law Office of Edward I. Zwilling, LLC
4000 Eagle Point Corporate Dr.
Birmingham, Alabama, 35242
Telephone: (205) 822-2701
Email: edwardzwilling@zwillinglaw.com

By: _____
Edward I. Zwilling

Josh C. Harrison
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
420 20th Street North, Suite 1900
Birmingham, AL 35203
Telephone: 205-714-4414
Email: josh.harrison@ogletree.com

By: _____
Josh C. Harrison (by C.z w/ permission)

1